# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMONT HAGAN,** | : | **CIVIL NO. 1:19-CV-0454** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of November, 2019, upon consideration of plaintiff's motion (Doc. 12) for referral of this matter to alternative dispute resolution, and motions (Docs. 17, 23) to schedule a mediation conference, it is hereby ORDERED that the motions (Docs. 12, 17, 23) are DISMISSED without prejudice as premature.

S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania
